**Electronically Filed
Supreme Court
SCWC-17-0000806
30-APR-2024
12:42 PM
Dkt. 15 OGAC**

SCWC-17-0000806

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PETER J. WINN and WESTMINSTER REALTY, INC.,
Respondents/Plaintiffs-Appellants,

vs.

WADE BRADY and KATHERINE T. BRADY, individually and
as trustees of the WADE K. BRADY FAMILY TRUST;
CONTEMPORARY KAMAʻAINA, LLC; WESTMINSTER REALTY, INC.
as trustee of the 2806 KOLEPA PLACE TRUST DATED
DECEMBER 14, 2010; ERIC L. KEILLOR; and ERIC S. HART,
Respondents/Defendants-Appellees,

and

JAMES E. SPENCE and BEVERLY C. SPENCE,
Petitioners/Intervenors-Appellees,

and

STEPHEN R. SPENCE and VALORIE A. SPENCE,
Respondents/Intervenors-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000806; CASE NO. 2CC121000087)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Kubota, in place of Ginoza, J., recused)

Petitioners' Application for Writ of Certiorari filed on March 18, 2024, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Peter K. Kubota



2